United States District Court
District Of Massachusetts

Richea Jackson-DeLoach
Plaintiff

Wells Fargo Home mortgage
Inc / Bank mellon Defendant

Plaintiff motion
for Temporary
Restraining Order

DENIED without prejudice.
The motion may be re-submitted once
the filing fee is paid or a motion to
proceed without paying fees is re-sub-
mitted and approved, and defendant
is properly served. So ordered.

Michael A. Ponsor USDJ
1·22·14